# Exhibit A

20100487890
11/15/2010  RP2  $20.00

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OF THE FOLLOWING INFORMATION FORM THIS NSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:  YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

# WARRANTY DEED

THE STATE OF **TEXAS**:

**KNOW ALL MEN BY THESE PRESENTS**

COUNTY OF **HARRIS**:

  **KNOW ALL MEN BY THESE PRESENTS:** That **L&E PROPERTIES, INC.,** (the "Grantor") **BEING REPRESENTED BY: LORENZO ESPINOSA AS PRESIDENT OF THE CORPORATION, OF 1700 FM 1960 WEST, SUITE 106, HOUSTON, TEXAS 77067,** for or and in consideration of the sum of **TEN and NO/100 DOLLARS ($10.00)** and other good and valuable consideration paid to Grantors by **GUADALUPE SOTO,** (the "Grantee") residing at 1322 West 23rd Street, Houston, Texas 77008, the receipt and sufficiency of which is hereby acknowledged, have **GRANTED, SOLD AND CONVEYED** and by these presents does **GRANT, SELL AND CONVEY** unto the Grantee herein all that certain real property and all improvements situated thereon, lying and being situated in Harris County, Texas, known as **2525 NORTH FREEWAY "45", HOUSTON, TEXAS 77009** and said property being further described as follows, to-wit:

  Res A, Block 1, L&E Properties, a .4451 AC tract of land, of BROOKE SMITH ADDITION, situated within the limits of Harris County, Texas, according to map or plat thereof as recorded in the Map Records of Harris County.

  Formally known and described as:

  Lots Eight (8), Nine (9), Ten (10) and Eleven (11), Block Thirty Five (35) of BROOKE SMITH ADDITION, an addition in Harris County, Texas according to the map or plat thereof recorded in the Volume 1, Page 129, of the Map Records of Harris County, Texas.

  HCAD Account #128-979-001-0001

  This conveyance is made and accepted subject to any and all restrictions, encumbrances, covenants, conditions, ordinances, easements, rights-of-way, leases, reservations, and all outstanding mineral and royalties interest, if any, affecting the premises conveyed herein, now of record in the Office of the County Clerk of said County, to the extent the same are now in force and effect and relate to said premises which are applicable to the property herein described.

1

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law.  Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 8/26/2011
**Stan Stanart, County Clerk**
Harris County, Texas

_____Deputy
Mary Elizabeth Oren



**TO HAVE AND TO HOLD** the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the Grantee, Grantee's heirs, executors, administrators, successors and assigns forever, and the Grantor does hereby bind themselves, their heirs, successors and assigns to **WARRANT AND FOREVER DEFEND**, all and singular the said premises unto the Grantee, Grantee's heirs, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Grantor agrees to pay 2009 property taxes no later than January 31, 2010 and provide receipt thereof.

Whenever used the singular number shall include the plural, the plural the singular, the use of any gender shall include all genders. The word "Grantor" and "Grantee" shall include their respective heirs, executors, administrators, successors and assigns.

**EXECUTED** this the 13th day of January 2010.

**L&E PROPERTIES, INC.,**
**REPRESENTED BY: LORENZO ESPINOSA**
**AS PRESIDENT OF THE CORPORATION**

THE STATE OF **TEXAS**:

COUNTY OF **HARRIS**:

**BEFORE ME**, the undersigned Notary Public, on this day personally appeared, **L&E PROPERTIES, INC., REPRESENTED BY: LORENZO ESPINOSA AS PRESIDENT OF THE CORPORATION**, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed, as the act and deed of said **Warranty Deed**, and in the capacity therein stated.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE**, this, the 13th day of January 2010.

NOTARY PUBLIC – STATE OF TEXAS

Hector M. Palacios
Notary Public,
State of Texas
Comm. Exp. 01-30-14

AFTER RECORDING RETURN TO:

Grantee's Address:
Attn: **GUADALUPE SOTO**
1322 West 23rd Street
Houston, Texas 77008

2010 NOV 15  AM 11: 42

FILED

COUNTY CLERK
HARRIS COUNTY, TEXAS

2

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 8/26/2011
**Stan Stanart, County Clerk**
Harris County, Texas

_____ Deputy
Mary Elizabeth Oren



EP 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

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
        I hereby certify that this instrument was FILED in the number Sequence on the date and at time
stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris
County Texas on

NOV 1 5 2010



*Beverly L. Kaufman*

COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law.  Confidential information may have been redacted from the document in compliance with
the Public Information Act.

A Certified Copy
Attest: 8/26/2011
**Stan Stanart, County Clerk**
Harris County, Texas

*Mary Elizabeth Oren* _____ Deputy

Mary Elizabeth Oren

